## Notice of Settlement

To: Plaintiffs in Serena McDermott v. Cracker Barrel Old Country Store, Inc., Civil Action No. 99-CV-1-HLM (N.D. Ga.)

From: Wiggins, Childs, Quinn & Pantazis, LLC

While you are receiving a copy of the Notice of Settlement and Full and Final Settlement Agreement of All Claims, you are receiving <u>no payment</u> in this case because you submitted your Consent to Join form after May 23, 2001 as ordered by the Court.