FILED IN CLERK'S OFFICE
U.S.D.C. Rome

AUG 1 8 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| SERENA McDERMOTT, et al., | |
| Plaintiffs, | CIVIL ACTION FILE |
| v. | NO. 4:99-CV-001-HLM |
| CRACKER BARREL OLD COUNTRY STORE, INC., | |
| Defendant. | |

## ORDER

For good cause shown, the Second Joint Motion for Preliminary Approval, *Nunc Pro Tunc*, of Revised Settlement Agreement, Proposed Notice, and Release [434], filed August 17, 2005, as Attachments to the Joint Motion For an Order Preliminarily Approving Settlement and Authorizing Issuance of Notice of Settlement [431], filed May 27, 2005, are **GRANTED**.

This order supercedes the Order [433] issued on June 13, 2005. The parties are advised that the Fairness Hearing is scheduled for **Tuesday, October 18, 2005, at 10:00 a.m.**, in the courtroom of United States Magistrate Judge Walter E. Johnson, United States Courthouse, 600 East First Street, Rome, Georgia.

AO 72A
(Rev.8/82)

IT IS SO ORDERED, this 18th day of August, 2005.

_____
Harold L. Murphy
United States District Judge

2

AO 72A
(Rev.8/82)